# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-3430
_____

WILLIE J. EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

September 29, 2022

PER CURIAM.

AFFIRMED.

ROWE, C.J., and B.L. THOMAS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Richard M. Bracey, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.